IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUNG, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LU, et al., | : | NO. 2:10-cv-04667 |

ORDER

     AND NOW, this 22nd day of January 2013, upon consideration of Plaintiffs' Motion for Contempt Against Defendant Shengchun Lu pursuant to Federal Rule of Civil Procedure 70 (Doc. No. 48), and the requisite hearing to show cause held before this Court on January 10, 2013, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.  Defendant Shengchun Lu is found in contempt of Court and a bench warrant is to be issued for his arrest.  Defendant Shengchun Lu will be held in contempt until this Court determines that he has sufficiently complied with the requirements set forth in our May 17, 2012 Order (Doc. No. 43).

                                       BY THE COURT:

                                       /s/ Legrome D. Davis

                                       Legrome D. Davis, J.